UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 18 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SOLAR ENERGY INDUSTRIES ASSOCIATION,<br><br>　　　　Petitioner,<br><br>NEWSUN ENERGY LLC and ONE ENERGY ENTERPRISES LLC,<br><br>　　　　Petitioners-Intervenors,<br><br>　v.<br><br>FEDERAL ENERGY REGULATORY COMMISSION,<br><br>　　　　Respondent,<br><br>NATIONAL RURAL ELECTRIC COOPERATIVE ASSOCIATION [NRECA]; et al.,<br><br>　　　　Respondents-Intervenors,<br><br>AMERICAN FOREST & PAPER ASSOCIATION,<br><br>　　　　Intervenor. | No. 20-72788<br><br>FERC Nos. RM19-15-000, AD16-16-000<br><br>Federal Energy Regulatory Commission<br><br>**MANDATE** |
| MONTANA ENVIRONMENTAL INFORMATION CENTER; et al., | No. 20-73375<br><br>FERC No. RM-19-15-000 |

| | |
|---|---|
| Petitioners, | Federal Energy Regulatory Commission |
| ONE ENERGY ENTERPRISES LLC, | |
| Petitioner-Intervenor, | |
| v. | |
| FEDERAL ENERGY REGULATORY COMMISSION, | |
| Respondent, | |
| NATIONAL RURAL ELECTRIC COOPERATIVE ASSOCIATION [NRECA]; et al., | |
| Respondents-Intervenors, | |
| -------------------------------- | |
| AMERICAN FOREST & PAPER ASSOCIATION, | |
| Intervenor. | |
| MONTANA ENVIRONMENTAL INFORMATION CENTER; et al., | No. 21-70083 |
| Petitioners, | FERC No. RM19-15-001 |
| ONE ENERGY ENTERPRISES LLC, | Federal Energy Regulatory Commission |
| Petitioner-Intervenor, | |
| v. | |
| FEDERAL ENERGY REGULATORY COMMISSION, | |

Respondent,

NATIONAL RURAL ELECTRIC COOPERATIVE ASSOCIATION [NRECA]; et al.,

Respondents-Intervenors.

---

SOLAR ENERGY INDUSTRIES ASSOCIATION,

Petitioner,

ONE ENERGY ENTERPRISES LLC,

Petitioner-Intervenor,

v.

FEDERAL ENERGY REGULATORY COMMISSION,

Respondent,

NATIONAL RURAL ELECTRIC COOPERATIVE ASSOCIATION [NRECA]; et al.,

Respondents-Intervenors.

No. 21-70113

FERC Nos. RM19-15-001, AD16-16-001

Federal Energy Regulatory Commission

The judgment of this Court, entered September 05, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT